IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION<br><br>   Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>   Defendants. | Case No. 24-cv-4439<br><br>Judge Jeremy C. Daniel |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 19, 2024 [Dkt. No. 72] in favor of Plaintiff TV TOKYO CORPORATION ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe** | **Seller** |
|---|---|
| 42 | Dongguan Angle Cloth Co., Ltd. |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: December 16, 2024          Respectfully submitted,

By:     s/Michael A. Hierl
            Michael A. Hierl (Bar No. 3128021)
            William B. Kalbac (Bar No. 6301771)
            Robert P. McMurray (Bar No. 6324332)
            John Wilson (Bar No. 6341294)
            Hughes Socol Piers Resnick & Dym, Ltd.
            Three First National Plaza
            70 W. Madison Street, Suite 4000
            Chicago, Illinois 60602
            (312) 580-0100 Telephone
            mhierl@hsplegal.com

            Attorneys for Plaintiff
            TV TOKYO CORPORATION

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 16, 2024.

                                                    s/Michael A. Hierl